IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 8:25-CR-461 (BKS) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ROBERT BOWEN,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## VERDICT FORM

Having tried this matter without a jury pursuant to Rule 23 of the Federal Rules of Criminal Procedure, and after consideration of the evidence presented therein, the Court finds as follows:

**COUNT 1 — Sexual Exploitation of a Child**

As to Count 1 of the indictment, charging the defendant, Robert Bowen, with sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a), the Court finds the defendant:

Guilty Beyond a Reasonable Doubt ✓ Not Guilty ______

**COUNT 2 — Receipt of Child Pornography**

As to Count 2 of the indictment, charging the defendant, Robert Bowen, with receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), the Court finds the defendant:

Guilty Beyond a Reasonable Doubt ✓ Not Guilty ______

A separate order will issue regarding the government's forfeiture allegation.

I so find and order.

Dated: October 14, 2026
Syracuse, New York

Brenda K Sannes
Hon. Brenda K. Sannes
Chief U.S. District Judge