IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 8:25-CR-461 (BKS) |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **ROBERT BOWEN,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**SPECIAL VERDICT FORM**

I, the Honorable Brenda K. Sannes, Chief United States District Judge, make the following finding at the conclusion of the bench trial in the above-referenced matter and after consideration of the evidence presented therein:

The government has established by a preponderance of the evidence that One Motorola Moto G 5G cellular telephone, Model XT2417D, IMEI 359305408504595 is property used or intended to be used to commit or to promote the commission of the offense or offenses of conviction.

Yes: ✓ No: _______

I so find and order.

Dated: October 14, 2026

Brenda K. Sannes

Hon. Brenda K. Sannes
Chief United States District Judge